IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

```
------------------------------------------------  :
   UNITED STATES OF AMERICA                       : CASE NO. 5: 07 CR 0563
                                                  :
                                       Plaintiff  :
                                                  : ORDER ADOPTING REPORT AND
                        -vs-                      : RECOMMENDATION
                                                  :
                                                  :
   DAZZLE JOE YOUNG,                              :
                                                  :
                                      Defendant.  :
------------------------------------------------  :
```

UNITED STATES DISTRICT JUDGE LESLEY WELLS

    This matter was referred to Magistrate Judge Nancy A. Vecchiarelli for a supervised release violation hearing. The hearing was held on 15 June 2012, and a Report and Recommendation ("R&R") followed. (Doc. 422). The R&R advised finding Mr. Young in violation of the terms of his supervised release, as admitted by the Defendant during the hearing, and advised revoking his supervision, imposing a

sentence of fifteen months incarceration to run concurrent with the term of imprisonment imposed in 5:11 CR 328, and imposing no further supervision in this case.

No party has objected to Magistrate Judge Vecchiarelli's recommendations. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. Thomas v. Arn, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir. 1981).

Accordingly, the Court adopts Magistrate Vecchiarelli's recommendations, finds Mr. Young in violation of the terms of his supervised release and imposes a sentence of fifteen months incarceration with no further supervision to follow.

IT IS SO ORDERED.

    /s/Lesley Wells
UNITED STATES DISTRICT JUDGE

Date: 3 July 2012